# EXHIBIT 2

SUNAMERICA HOUSING FUND 1221,
A NEVADA LIMITED PARTNERSHIP
c/o AIG Retirement Services, Inc.
1 SunAmerica Center, Century City
Los Angeles, California 90067-6022

November 25, 2008

<u>VIA FACSIMILE AND UPS OVERNIGHT</u>

Cane Creek Memphis, LLC
224 Madison Avenue
Memphis, Tennessee 38103
Attention: Stephen G. Turgeon
Facsimile No. (901) 521-0539

Re:     *Cane Creek Apartments, Memphis, Tennessee*

Gentlemen:

Reference is made to the Amended and Restated Agreement of Limited Partnership of the Cane Creek Crossing, L.P. (the "<u>Partnership</u>") dated as of September 3, 2004, among Cane Creek Memphis, LLC, a Tennessee limited liability company (the "<u>General Partner</u>") and SunAmerica Housing Fund 1221, A Nevada Limited Partnership ("<u>SHF</u>") (the "<u>Partnership Agreement</u>"). (Capitalized terms not defined herein shall have the definitions given them in the Partnership Agreement).

Pursuant to Section 6.9(a)(iii) of the Partnership Agreement, the General Partner is required to provide such funds to the Partnership as are necessary to pay Excess Development Costs.  The General Partner has failed to meet this requirement, which constitutes a default under the Partnership Agreement.

Pursuant to Section 5.10(b) of the Partnership Agreement, SHF has the right to make LP Loans to fund reasonable and necessary obligations of the Partnership.  You are hereby notified that SHF will make a Default LP Loan to the Partnership in the amount of $38,140.19 on or about December 3, 2008, which Default LP Loan will be made to fund debt service expense.  The Default LP Loan shall bear interest and be payable in accordance with the provisions of Section 5.10(b) of the Partnership Agreement.

Section 8.3(a)(i) of the Partnership Agreement specifically provides that a breach of any representations, warranties, covenants or other obligations of the General Partner under the Partnership Agreement shall constitute a "Conversion Event".

Please be advised the General Partner has thirty days to cure the default noticed above.  If, at the end of such thirty-day period, the General Partner has not cured such defaults, then

DMWEST #6738884 v2

Cane Creek Memphis, LLC
November 25, 2008
Page 2

pursuant to the terms of the Partnership Agreement, SHF is entitled to exercise its remedies, including but not limited to conversion of the General Partner's interest to a special limited partner.

This letter shall not operate as or be construed to be a waiver by SHF of any other violations or of any subsequent breach.  SHF reserves the right to exercise all remedies available to it under the Partnership Agreement, at law or in equity against the General Partner and Guarantors.

Sincerely,

SUNAMERICA HOUSING FUND 1221, A NEVADA LIMITED PARTNERSHIP

By:     AIG RETIREMENT SERVICES, INC., a
        Delaware corporation, General Partner

By: _____
        Michael L. Fowler, Vice President

cc:     William R. Bruce, Esq.
        707 Adams Avenue
        Memphis, Tennessee
        Facsimile No.:  (901) 521-0539

        Stephen G. Turgeon
        224 Madison Avenue
        Memphis, Tennessee  38103
        Facsimile No.: (901) 521-0539

        Resurgam Exchange, LLC
        224 Madison Avenue
        Memphis, Tennessee  38103
        Facsimile No.: (901) 521-0539

Anne Staudhammer
Greg McIntosh
Ellen O'Brien Kauffmann

DMWEST #6738884 v2

SUNAMERICA HOUSING FUND 1221,
A NEVADA LIMITED PARTNERSHIP
c/o AIG Retirement Services, Inc.
1 SunAmerica Center, Century City
Los Angeles, California 90067-6022

November 25, 2008

VIA FACSIMILE AND UPS OVERNIGHT

Cane Creek Memphis, LLC
224 Madison Avenue
Memphis, Tennessee 38103
Attention:  Stephen G. Turgeon
Facsimile No. (901) 521-0539

Re:     *Cane Creek Apartments, Memphis, Tennessee*

Gentlemen:

Reference is made to the Amended and Restated Agreement of Limited Partnership of the Cane Creek Crossing, L.P. (the "Partnership") dated as of September 3, 2004, among Cane Creek Memphis, LLC, a Tennessee limited liability company (the "General Partner") and SunAmerica Housing Fund 1221, A Nevada Limited Partnership ("SHF") (the "Partnership Agreement"). (Capitalized terms not defined herein shall have the definitions given them in the Partnership Agreement).

Pursuant to Section 6.9(a)(iii) of the Partnership Agreement, the General Partner is required to provide such funds to the Partnership as are necessary to pay Excess Development Costs.  The General Partner has failed to meet this requirement, which constitutes a default under the Partnership Agreement.

Pursuant to Section 5.10(b) of the Partnership Agreement, SHF has the right to make LP Loans to fund reasonable and necessary obligations of the Partnership.  You are hereby notified that SHF will make a Default LP Loan to the Partnership in the amount of $38,140.19 on or about December 3, 2008, which Default LP Loan will be made to fund debt service expense.  The Default LP Loan shall bear interest and be payable in accordance with the provisions of Section 5.10(b) of the Partnership Agreement.

Section 8.3(a)(i) of the Partnership Agreement specifically provides that a breach of any representations, warranties, covenants or other obligations of the General Partner under the Partnership Agreement shall constitute a "Conversion Event".

Please be advised the General Partner has thirty days to cure the default noticed above.  If, at the end of such thirty-day period, the General Partner has not cured such defaults, then

DMWEST #6738884 v2

Cane Creek Memphis, LLC
November 25, 2008
Page 2

pursuant to the terms of the Partnership Agreement, SHF is entitled to exercise its remedies, including but not limited to conversion of the General Partner's interest to a special limited partner.

This letter shall not operate as or be construed to be a waiver by SHF of any other violations or of any subsequent breach.  SHF reserves the right to exercise all remedies available to it under the Partnership Agreement, at law or in equity against the General Partner and Guarantors.

Sincerely,

SUNAMERICA HOUSING FUND 1221, A NEVADA LIMITED PARTNERSHIP

By:   AIG RETIREMENT SERVICES, INC., a
      Delaware corporation, General Partner

By: _____
      Michael L. Fowler, Vice President

cc:   William R. Bruce, Esq.
      707 Adams Avenue
      Memphis, Tennessee
      Facsimile No.:  (901) 521-0539

      Stephen G. Turgeon
      224 Madison Avenue
      Memphis, Tennessee  38103
      Facsimile No.: (901) 521-0539

      Resurgam Exchange, LLC
      224 Madison Avenue
      Memphis, Tennessee  38103
      Facsimile No.: (901) 521-0539

Anne Staudhammer
Greg McIntosh
Ellen O'Brien Kauffmann

DMWEST #6738884 v2

SUNAMERICA HOUSING FUND 1221,
A NEVADA LIMITED PARTNERSHIP
c/o AIG Retirement Services, Inc.
1 SunAmerica Center, Century City
Los Angeles, California 90067-6022

November 25, 2008

<u>VIA FACSIMILE AND UPS OVERNIGHT</u>

Cane Creek Memphis, LLC
224 Madison Avenue
Memphis, Tennessee 38103
Attention: Stephen G. Turgeon
Facsimile No. (901) 521-0539

Re:   *Cane Creek Apartments, Memphis, Tennessee*

Gentlemen:

Reference is made to the Amended and Restated Agreement of Limited Partnership of the Cane Creek Crossing, L.P. (the "<u>Partnership</u>") dated as of September 3, 2004, among Cane Creek Memphis, LLC, a Tennessee limited liability company (the "<u>General Partner</u>") and SunAmerica Housing Fund 1221, A Nevada Limited Partnership ("<u>SHF</u>") (the "<u>Partnership Agreement</u>"). (Capitalized terms not defined herein shall have the definitions given them in the Partnership Agreement).

Pursuant to Section 6.9(a)(iii) of the Partnership Agreement, the General Partner is required to provide such funds to the Partnership as are necessary to pay Excess Development Costs. The General Partner has failed to meet this requirement, which constitutes a default under the Partnership Agreement.

Pursuant to Section 5.10(b) of the Partnership Agreement, SHF has the right to make LP Loans to fund reasonable and necessary obligations of the Partnership. You are hereby notified that SHF will make a Default LP Loan to the Partnership in the amount of $38,140.19 on or about December 3, 2008, which Default LP Loan will be made to fund debt service expense. The Default LP Loan shall bear interest and be payable in accordance with the provisions of Section 5.10(b) of the Partnership Agreement.

Section 8.3(a)(i) of the Partnership Agreement specifically provides that a breach of any representations, warranties, covenants or other obligations of the General Partner under the Partnership Agreement shall constitute a "Conversion Event".

Please be advised the General Partner has thirty days to cure the default noticed above. If, at the end of such thirty-day period, the General Partner has not cured such defaults, then

DMWEST #6738884 v2

Cane Creek Memphis, LLC
November 25, 2008
Page 2

pursuant to the terms of the Partnership Agreement, SHF is entitled to exercise its remedies, including but not limited to conversion of the General Partner's interest to a special limited partner.

This letter shall not operate as or be construed to be a waiver by SHF of any other violations or of any subsequent breach.  SHF reserves the right to exercise all remedies available to it under the Partnership Agreement, at law or in equity against the General Partner and Guarantors.

                                        Sincerely,

                                        SUNAMERICA HOUSING FUND 1221, A NEVADA
                                        LIMITED PARTNERSHIP

                                        By:     AIG RETIREMENT SERVICES, INC., a
                                                Delaware corporation, General Partner

                                        By: _____
                                                Michael L. Fowler, Vice President


cc:     William R. Bruce, Esq.
        707 Adams Avenue
        Memphis, Tennessee
        Facsimile No.:  (901) 521-0539

        Stephen G. Turgeon
        224 Madison Avenue
        Memphis, Tennessee  38103
        Facsimile No.: (901) 521-0539

        Resurgam Exchange, LLC
        224 Madison Avenue
        Memphis, Tennessee  38103
        Facsimile No.: (901) 521-0539

Anne Staudhammer
Greg McIntosh
Ellen O'Brien Kauffmann


DMWEST #6738884 v2

SUNAMERICA HOUSING FUND 1221,
A NEVADA LIMITED PARTNERSHIP
c/o AIG Retirement Services, Inc.
1 SunAmerica Center, Century City
Los Angeles, California 90067-6022

November 25, 2008

<u>VIA FACSIMILE AND UPS OVERNIGHT</u>

Cane Creek Memphis, LLC
224 Madison Avenue
Memphis, Tennessee 38103
Attention: Stephen G. Turgeon
Facsimile No. (901) 521-0539

Re:    *Cane Creek Apartments, Memphis, Tennessee*

Gentlemen:

Reference is made to the Amended and Restated Agreement of Limited Partnership of the Cane Creek Crossing, L.P. (the "<u>Partnership</u>") dated as of September 3, 2004, among Cane Creek Memphis, LLC, a Tennessee limited liability company (the "<u>General Partner</u>") and SunAmerica Housing Fund 1221, A Nevada Limited Partnership ("<u>SHF</u>") (the "<u>Partnership Agreement</u>"). (Capitalized terms not defined herein shall have the definitions given them in the Partnership Agreement).

Pursuant to Section 6.9(a)(iii) of the Partnership Agreement, the General Partner is required to provide such funds to the Partnership as are necessary to pay Excess Development Costs. The General Partner has failed to meet this requirement, which constitutes a default under the Partnership Agreement.

Pursuant to Section 5.10(b) of the Partnership Agreement, SHF has the right to make LP Loans to fund reasonable and necessary obligations of the Partnership. You are hereby notified that SHF will make a Default LP Loan to the Partnership in the amount of $38,140.19 on or about December 3, 2008, which Default LP Loan will be made to fund debt service expense. The Default LP Loan shall bear interest and be payable in accordance with the provisions of Section 5.10(b) of the Partnership Agreement.

Section 8.3(a)(i) of the Partnership Agreement specifically provides that a breach of any representations, warranties, covenants or other obligations of the General Partner under the Partnership Agreement shall constitute a "Conversion Event".

Please be advised the General Partner has thirty days to cure the default noticed above. If, at the end of such thirty-day period, the General Partner has not cured such defaults, then

DMWEST #6738884 v2

Cane Creek Memphis, LLC
November 25, 2008
Page 2

pursuant to the terms of the Partnership Agreement, SHF is entitled to exercise its remedies, including but not limited to conversion of the General Partner's interest to a special limited partner.

This letter shall not operate as or be construed to be a waiver by SHF of any other violations or of any subsequent breach. SHF reserves the right to exercise all remedies available to it under the Partnership Agreement, at law or in equity against the General Partner and Guarantors.

Sincerely,

SUNAMERICA HOUSING FUND 1221, A NEVADA
LIMITED PARTNERSHIP

By:    AIG RETIREMENT SERVICES, INC., a
Delaware corporation, General Partner

By: _____
Michael L. Fowler, Vice President

cc:    William R. Bruce, Esq.
707 Adams Avenue
Memphis, Tennessee
Facsimile No.:  (901) 521-0539

Stephen G. Turgeon
224 Madison Avenue
Memphis, Tennessee  38103
Facsimile No.: (901) 521-0539

Resurgam Exchange, LLC
224 Madison Avenue
Memphis, Tennessee  38103
Facsimile No.: (901) 521-0539

Anne Staudhammer
Greg McIntosh
Ellen O'Brien Kauffmann

DMWEST #6738884 v2

SUNAMERICA HOUSING FUND 1221,
A NEVADA LIMITED PARTNERSHIP
c/o AIG Retirement Services, Inc.
1 SunAmerica Center, Century City
Los Angeles, California 90067-6022

November 25, 2008

<u>VIA FACSIMILE AND UPS OVERNIGHT</u>

Cane Creek Memphis, LLC
224 Madison Avenue
Memphis, Tennessee 38103
Attention: Stephen G. Turgeon
Facsimile No. (901) 521-0539

Re:    *Cane Creek Apartments, Memphis, Tennessee*

Gentlemen:

Reference is made to the Amended and Restated Agreement of Limited Partnership of the Cane Creek Crossing, L.P. (the "Partnership") dated as of September 3, 2004, among Cane Creek Memphis, LLC, a Tennessee limited liability company (the "General Partner") and SunAmerica Housing Fund 1221, A Nevada Limited Partnership ("SHF") (the "Partnership Agreement"). (Capitalized terms not defined herein shall have the definitions given them in the Partnership Agreement).

Pursuant to Section 6.9(a)(iii) of the Partnership Agreement, the General Partner is required to provide such funds to the Partnership as are necessary to pay Excess Development Costs. The General Partner has failed to meet this requirement, which constitutes a default under the Partnership Agreement.

Pursuant to Section 5.10(b) of the Partnership Agreement, SHF has the right to make LP Loans to fund reasonable and necessary obligations of the Partnership. You are hereby notified that SHF will make a Default LP Loan to the Partnership in the amount of $38,140.19 on or about December 3, 2008, which Default LP Loan will be made to fund debt service expense. The Default LP Loan shall bear interest and be payable in accordance with the provisions of Section 5.10(b) of the Partnership Agreement.

Section 8.3(a)(i) of the Partnership Agreement specifically provides that a breach of any representations, warranties, covenants or other obligations of the General Partner under the Partnership Agreement shall constitute a "Conversion Event".

Please be advised the General Partner has thirty days to cure the default noticed above. If, at the end of such thirty-day period, the General Partner has not cured such defaults, then

DMWEST #6738884 v2

Cane Creek Memphis, LLC
November 25, 2008
Page 2

pursuant to the terms of the Partnership Agreement, SHF is entitled to exercise its remedies, including but not limited to conversion of the General Partner's interest to a special limited partner.

This letter shall not operate as or be construed to be a waiver by SHF of any other violations or of any subsequent breach.  SHF reserves the right to exercise all remedies available to it under the Partnership Agreement, at law or in equity against the General Partner and Guarantors.

Sincerely,

SUNAMERICA HOUSING FUND 1221, A NEVADA
LIMITED PARTNERSHIP

By:     AIG RETIREMENT SERVICES, INC., a
        Delaware corporation, General Partner

By: _____
        Michael L. Fowler, Vice President


cc:     William R. Bruce, Esq.
        707 Adams Avenue
        Memphis, Tennessee
        Facsimile No.:  (901) 521-0539

        Stephen G. Turgeon
        224 Madison Avenue
        Memphis, Tennessee  38103
        Facsimile No.: (901) 521-0539

        Resurgam Exchange, LLC
        224 Madison Avenue
        Memphis, Tennessee  38103
        Facsimile No.: (901) 521-0539

Anne Staudhammer
Greg McIntosh
Ellen O'Brien Kauffmann

SUNAMERICA HOUSING FUND 1221,
A NEVADA LIMITED PARTNERSHIP
c/o AIG Retirement Services, Inc.
1 SunAmerica Center, Century City
Los Angeles, California 90067-6022


November 25, 2008


<u>VIA FACSIMILE AND UPS OVERNIGHT</u>

Cane Creek Memphis, LLC
224 Madison Avenue
Memphis, Tennessee 38103
Attention:  Stephen G. Turgeon
Facsimile No. (901) 521-0539


Re:     *Cane Creek Apartments, Memphis, Tennessee*

Gentlemen:

Reference is made to the Amended and Restated Agreement of Limited Partnership of the Cane Creek Crossing, L.P. (the "<u>Partnership</u>") dated as of September 3, 2004, among Cane Creek Memphis, LLC, a Tennessee limited liability company (the "<u>General Partner</u>") and SunAmerica Housing Fund 1221, A Nevada Limited Partnership ("<u>SHF</u>") (the "<u>Partnership Agreement</u>"). (Capitalized terms not defined herein shall have the definitions given them in the Partnership Agreement).

Pursuant to Section 6.9(a)(iii) of the Partnership Agreement, the General Partner is required to provide such funds to the Partnership as are necessary to pay Excess Development Costs. The General Partner has failed to meet this requirement, which constitutes a default under the Partnership Agreement.

Pursuant to Section 5.10(b) of the Partnership Agreement, SHF has the right to make LP Loans to fund reasonable and necessary obligations of the Partnership.  You are hereby notified that SHF will make a Default LP Loan to the Partnership in the amount of $38,140.19 on or about December 3, 2008, which Default LP Loan will be made to fund debt service expense.  The Default LP Loan shall bear interest and be payable in accordance with the provisions of Section 5.10(b) of the Partnership Agreement.

Section 8.3(a)(i) of the Partnership Agreement specifically provides that a breach of any representations, warranties, covenants or other obligations of the General Partner under the Partnership Agreement shall constitute a "Conversion Event".

Please be advised the General Partner has thirty days to cure the default noticed above.  If, at the end of such thirty-day period, the General Partner has not cured such defaults, then

Cane Creek Memphis, LLC
November 25, 2008
Page 2

pursuant to the terms of the Partnership Agreement, SHF is entitled to exercise its remedies, including but not limited to conversion of the General Partner's interest to a special limited partner.

This letter shall not operate as or be construed to be a waiver by SHF of any other violations or of any subsequent breach.  SHF reserves the right to exercise all remedies available to it under the Partnership Agreement, at law or in equity against the General Partner and Guarantors.

Sincerely,

SUNAMERICA HOUSING FUND 1221, A NEVADA
LIMITED PARTNERSHIP

By:   AIG RETIREMENT SERVICES, INC., a
      Delaware corporation, General Partner

By: _____

      Michael L. Fowler, Vice President

cc:   William R. Bruce, Esq.
      707 Adams Avenue
      Memphis, Tennessee
      Facsimile No.:  (901) 521-0539

      Stephen G. Turgeon
      224 Madison Avenue
      Memphis, Tennessee  38103
      Facsimile No.: (901) 521-0539

      Resurgam Exchange, LLC
      224 Madison Avenue
      Memphis, Tennessee  38103
      Facsimile No.: (901) 521-0539

Anne Staudhammer
Greg McIntosh
Ellen O'Brien Kauffmann

SUNAMERICA HOUSING FUND 1221,
A NEVADA LIMITED PARTNERSHIP
c/o AIG Retirement Services, Inc.
1 SunAmerica Center, Century City
Los Angeles, California 90067-6022


November 25, 2008

<u>VIA FACSIMILE AND UPS OVERNIGHT</u>

Cane Creek Memphis, LLC
224 Madison Avenue
Memphis, Tennessee 38103
Attention: Stephen G. Turgeon
Facsimile No. (901) 521-0539


**Re:**    *Cane Creek Apartments, Memphis, Tennessee*

Gentlemen:

Reference is made to the Amended and Restated Agreement of Limited Partnership of the Cane Creek Crossing, L.P. (the "<u>Partnership</u>") dated as of September 3, 2004, among Cane Creek Memphis, LLC, a Tennessee limited liability company (the "<u>General Partner</u>") and SunAmerica Housing Fund 1221, A Nevada Limited Partnership ("<u>SHF</u>") (the "<u>Partnership Agreement</u>"). (Capitalized terms not defined herein shall have the definitions given them in the Partnership Agreement).

Pursuant to Section 6.9(a)(iii) of the Partnership Agreement, the General Partner is required to provide such funds to the Partnership as are necessary to pay Excess Development Costs. The General Partner has failed to meet this requirement, which constitutes a default under the Partnership Agreement.

Pursuant to Section 5.10(b) of the Partnership Agreement, SHF has the right to make LP Loans to fund reasonable and necessary obligations of the Partnership. You are hereby notified that SHF will make a Default LP Loan to the Partnership in the amount of $38,140.19 on or about December 3, 2008, which Default LP Loan will be made to fund debt service expense. The Default LP Loan shall bear interest and be payable in accordance with the provisions of Section 5.10(b) of the Partnership Agreement.

Section 8.3(a)(i) of the Partnership Agreement specifically provides that a breach of any representations, warranties, covenants or other obligations of the General Partner under the Partnership Agreement shall constitute a "Conversion Event".

Please be advised the General Partner has thirty days to cure the default noticed above. If, at the end of such thirty-day period, the General Partner has not cured such defaults, then

DMWEST #6738884 v2

Cane Creek Memphis, LLC
November 25, 2008
Page 2

pursuant to the terms of the Partnership Agreement, SHF is entitled to exercise its remedies, including but not limited to conversion of the General Partner's interest to a special limited partner.

This letter shall not operate as or be construed to be a waiver by SHF of any other violations or of any subsequent breach. SHF reserves the right to exercise all remedies available to it under the Partnership Agreement, at law or in equity against the General Partner and Guarantors.

                              Sincerely,

                              SUNAMERICA HOUSING FUND 1221, A NEVADA
                              LIMITED PARTNERSHIP

                              By:    AIG RETIREMENT SERVICES, INC., a
                                     Delaware corporation, General Partner

                                     By: _____
                                         Michael L. Fowler, Vice President


cc:      William R. Bruce, Esq.
         707 Adams Avenue
         Memphis, Tennessee
         Facsimile No.:  (901) 521-0539

         Stephen G. Turgeon
         224 Madison Avenue
         Memphis, Tennessee  38103
         Facsimile No.: (901) 521-0539

         Resurgam Exchange, LLC
         224 Madison Avenue
         Memphis, Tennessee  38103
         Facsimile No.: (901) 521-0539

Anne Staudhammer
Greg McIntosh
Ellen O'Brien Kauffmann

SUNAMERICA HOUSING FUND 1221,
A NEVADA LIMITED PARTNERSHIP
c/o AIG Retirement Services, Inc.
1 SunAmerica Center, Century City
Los Angeles, California 90067-6022

November 25, 2008

<u>VIA FACSIMILE AND UPS OVERNIGHT</u>

Cane Creek Memphis, LLC
224 Madison Avenue
Memphis, Tennessee 38103
Attention: Stephen G. Turgeon
Facsimile No. (901) 521-0539

Re:    *Cane Creek Apartments, Memphis, Tennessee*

Gentlemen:

Reference is made to the Amended and Restated Agreement of Limited Partnership of the Cane Creek Crossing, L.P. (the "<u>Partnership</u>") dated as of September 3, 2004, among Cane Creek Memphis, LLC, a Tennessee limited liability company (the "<u>General Partner</u>") and SunAmerica Housing Fund 1221, A Nevada Limited Partnership ("<u>SHF</u>") (the "<u>Partnership Agreement</u>"). (Capitalized terms not defined herein shall have the definitions given them in the Partnership Agreement).

Pursuant to Section 6.9(a)(iii) of the Partnership Agreement, the General Partner is required to provide such funds to the Partnership as are necessary to pay Excess Development Costs. The General Partner has failed to meet this requirement, which constitutes a default under the Partnership Agreement.

Pursuant to Section 5.10(b) of the Partnership Agreement, SHF has the right to make LP Loans to fund reasonable and necessary obligations of the Partnership. You are hereby notified that SHF will make a Default LP Loan to the Partnership in the amount of $38,140.19 on or about December 3, 2008, which Default LP Loan will be made to fund debt service expense. The Default LP Loan shall bear interest and be payable in accordance with the provisions of Section 5.10(b) of the Partnership Agreement.

Section 8.3(a)(i) of the Partnership Agreement specifically provides that a breach of any representations, warranties, covenants or other obligations of the General Partner under the Partnership Agreement shall constitute a "Conversion Event".

Please be advised the General Partner has thirty days to cure the default noticed above. If, at the end of such thirty-day period, the General Partner has not cured such defaults, then

Cane Creek Memphis, LLC
November 25, 2008
Page 2

pursuant to the terms of the Partnership Agreement, SHF is entitled to exercise its remedies, including but not limited to conversion of the General Partner's interest to a special limited partner.

This letter shall not operate as or be construed to be a waiver by SHF of any other violations or of any subsequent breach.  SHF reserves the right to exercise all remedies available to it under the Partnership Agreement, at law or in equity against the General Partner and Guarantors.

Sincerely,

SUNAMERICA HOUSING FUND 1221, A NEVADA LIMITED PARTNERSHIP

By:    AIG RETIREMENT SERVICES, INC., a
       Delaware corporation, General Partner

By: _____
       Michael L. Fowler, Vice President

cc:    William R. Bruce, Esq.
       707 Adams Avenue
       Memphis, Tennessee
       Facsimile No.:  (901) 521-0539

       Stephen G. Turgeon
       224 Madison Avenue
       Memphis, Tennessee  38103
       Facsimile No.: (901) 521-0539

       Resurgam Exchange, LLC
       224 Madison Avenue
       Memphis, Tennessee  38103
       Facsimile No.: (901) 521-0539

Anne Staudhammer
Greg McIntosh
Ellen O'Brien Kauffmann

DMWEST #6738884 v2